# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): **Center for Biological Diversity** | Defendant(s): **United States Fish and Wildlife Service ; Debra Haaland, in her Official Capacity as United States Secretary of Interior** |
|---|---|
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Outside the State of Arizona | |

| Plaintiff's Atty(s): | Defendant's Atty(s): |
|---|---|
| **Evans Jonathan , Senior Attorney**<br>**Center for Biological Diversity**<br>**1212 Broadway, Suite 800**<br>**Oakland, California 94619** | |

| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |
|---|---|

III. Citizenship of Principal Parties **(Diversity Cases Only)**
- Plaintiff:- **N/A**
- Defendant:- **N/A**

| IV. Origin : | **1. Original Proceeding** |
|---|---|
| V. Nature of Suit: | **893 Environmental Matters** |
| VI. Cause of Action: | **Endangered Species Act §§ 1531-1544. Plaintiff challenges Defendants' failure to issue a timely 12-month finding determining whether Suckley's cuckoo bumblebee should be listed under the ESA. 16 U.S.C. §1533(b)(3)(B)** |

VII. Requested in Complaint
- Class Action: **No**
- Dollar Demand:
- Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>**/s/Jonathan Evans**</u>

**Date:** <u>**4/21/22**</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**